UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20303-CR-COOKE/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JESUS TRUJILLO,

    Defendant.

_____/

## MOTION TO ADOPT DEFENDANT, KAREL FELIPE'S UNOPPOSED MOTION TO CONTINUE

COMES NOW, the Defendant, Jesus Trujillo, by and through undersigned counsel and respectfully moves to adopt co-Defendant Karel Felipe's (DE57) Unopposed Motion to Continue, and further states that the discovery is very voluminous and that it is respectfully requested that as extended discovery is respectfully requested until at least the requested date of February, 2022 or beyond.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 1, 2021, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized

1

manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,
**ERNESTO S. MEDINA, ESQUIRE**
782 NW 42nd Avenue, Suite 350
Miami, Florida 33126
(305) 260-0541
Via Email: emedina0653@yahoo.com

/s/ Ernesto S. Medina
By:   Ernesto S. Medina, Esquire
      Florida Bar No. 299855