UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CR-20303-DPG

UNITED STATES OF AMERICA

vs.

JESUS TRUJILLO,

       **Defendant,**

_____/

**NOTICE OF SENTENCING AGREEMENT**

The United States, through undersigned counsel, hereby notifies the Court that the parties in the above-captioned criminal case have reached an agreement regarding sentencing, a copy of which is attached to this notice.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

GLENN S. LEON, CHIEF
FRAUD SECTION, CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

Date:  December 18, 2023        By:  */s/ D. Keith Clouser*
                                                   Jamie de Boer
                                                   Florida Special Bar No. A5502601
                                                   D. Keith Clouser
                                                   Florida Special Bar No. A5502882
                                                   Trial Attorneys
                                                   United States Department of Justice

        Criminal Division, Fraud Section
        1400 New York Avenue, NW
        Washington, DC 20005
        Tel.:  (202) 304-6801 (de Boer)
        Tel.:  (202) 256-0867 (Clouser)
        Jamie.deBoer@usdoj.gov
        David.Clouser@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on December 18, 2023, I served and filed the foregoing document with the Clerk of the Court via ECF.

        By:   /s/ *D. Keith Clouser*
                      D. KEITH CLOUSER
                      Trial Attorney
                      United States Department of Justice
                      Criminal Division, Fraud Section